846

Tenth Circuit denied. *Mr. Harry O. Glasser* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Hayner N. Larson,* and *W. Marvin Smith* for respondent.

No. 824. GADDIS ET AL. *v.* JUNKER ET AL. April 27, 1931. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, denied. *Mr. W. D. Gordon* for petitioners. *Mr. Will E. Orgain* for respondents.

No. 826. BANK OF ITALY *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *John Henry McEvers* for respondent.

No. 827. FIRST NATIONAL BANK *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ralph W. Smith* for petitioner. *Solicitor General Thacher* for. respondent.

No. 834. ERIE RAILROAD Co. *v.* O'DELL, ADMINISTRATRIX. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Benjamin D. Holt* and *E. A. Foote* for petitioner. *Mr. John Ruffalo* for respondent.